IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ARTEZZ FINNEY, | § | |
| | § | |
| Defendant Below- | § | No. 283, 2017 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1203004011 (N) |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: August 15, 2017
Decided: August 16, 2017

## O R D E R

This 16th day of August 2017, it appears to the Court that, on July 31, 2017, the Chief Deputy Clerk issued a notice to the appellant to show cause why his appeal should not be dismissed for his failure to pay the filing fee or, alternatively, a motion to waive the filing fee. The appellant failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ Gary F. Traynor
Justice